DAVID A. HUBBERT
Deputy Assistant Attorney General

NITHYA SENRA (SBN 291803)
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6570
Fax: (202) 307-0054
E-mail: Nithya.Senra@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. JOHNSON, GAIL D. JOHNSON, | Case No. 2:19-cv-01561-TLN-EFB |
| Plaintiffs, | NOTICE OF MOTION AND MOTION FOR RECONSIDERATION |
| v. | |
| UNITED STATES OF AMERICA, | Date:    January 13, 2022<br>Time:    2:00 PM |
| Defendant. | Court:   Courtroom 2, 15th Floor<br>Judge:   Hon. Troy L. Nunley |

Pursuant to Local Rule 230(j), notice is hereby given that on the 13th day of January, 2022 at 2:00 PM or as soon thereafter as this matter may be heard, the United States of America, by and through undersigned counsel will bring on for hearing its motion for reconsideration of the Court's ruling (Dkt. 20) on the United States' Motion to Dismiss Plaintiffs Richard L. Johnson, Gail D. Johnson's Amended Complaint (Dkt. 15, 15-1) before the Honorable Troy L. Nunley in Courtroom 2, in the United States Courthouse located at 501 I Street, Sacramento, CA 95814.

The United States of America hereby moves this Court for reconsideration on the basis of a clear error of law, as the ruling is inconsistent with controlling Ninth Circuit authority requiring that informal claims for refund must be perfected prior to the initiation of a suit for refund. Second, the United States requests that the Court reconsider its ruling that the January 28, 2015 fax is an informal claim for refund

1

NOTICE OF MOTION, MOTION FOR RECONSIDERATION

and instead find that the fax is a claim for abatement, as the liabilities had not been fully-paid as of the date of the fax, and that such a claim for abatement cannot confer jurisdiction for the Court to consider their tax liabilities. In support of this motion the United States submits a memorandum of points and authorities.

Dated: November 23, 2021.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Nithya Senra .*
NITHYA SENRA, SBN 291803
Trial Attorneys, Tax Division
U.S. Department of Justice

*Attorneys for the United States of America*

2

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2021, the foregoing document is being filed via CM/ECF, which will serve notice electronically on the following:

Timothy E. Kelley, tim@timkelly.com
*Attorney for Plaintiffs*

*/s/ Nithya Senra*
NITHYA SENRA
Trial Attorney
United States Department of Justice, Tax Division

1