DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG (New York Bar)
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-5963
Fax: (202) 307-0054
E-mail: Isaac.M.Hoenig@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
*Of Counsel*
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD L. JOHNSON, GAIL D. JOHNSON,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:19-cv-01561-TLN-EFB<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME |

    Pursuant to Local Rule 144(a), Defendant the United States of America and Plaintiffs Richard L. Johnson and Gail D. Johnson, by and through undersigned counsel, hereby stipulate to an extension of time for the United States to respond to Plaintiffs' Second Amended Complaint. In support, the parties aver as follows:

1. Plaintiffs initiated this action on August 12, 2019. (Dkt. 1).

2. On October 21, 2019, the United States filed a Motion to Dismiss for Lack of Jurisdiction, (Dkt. 9), which the Court granted in part and denied in part on August 11, 2020. (Dkt. 13). The Court's August 11, 2020 Order gave Plaintiffs leave to amend their complaint. (*Id*).

1

3. On September 10, 2020, Plaintiffs filed their First Amended Complaint. (Dkt. 14).

4. On September 30, 2020 the United States filed a Motion to Dismiss First Amended Complaint, (Dkt. 15). On September 30, 2021, the Court granted in part and denied in part the United States' Motion and dismissed Plaintiff's claim with respect to their 2010 tax year with leave to amend. (Dkt. 20).

5. On November 3, 2021, Plaintiffs filed a Second Amended Complaint. (Dkt. 22).

6. On November 23, 2021, the United States filed a Motion for Reconsideration with respect to the Court's September 30, 2021 Order on the United States Motion to Dismiss. (Dkt. 23). The United States' Motion for Reconsideration is set for a hearing on January 13, 2022. (*Id.*).

7. On November 24, 2021, the United States and Plaintiff filed a Stipulation for Extension of Time for the United States to respond to Plaintiffs' Second Amended Complaint until December 22, 2021. (Dkt. 25).

8. In its motion for reconsideration, the United States requested that the Court reconsider its September 30, 2021 ruling in light of authority requiring Plaintiffs to perfect an informal refund claim prior to initiating this action. The United States also argued that Plaintiffs claim should be construed as a request for abatement because Plaintiffs had not fully paid the tax liabilities at issue in this action prior to filing a claim for refund. The United States avers that Plaintiffs' Second Amended Complaint suffers from the above defects and that therefore, the United States will likely file a motion to dismiss raising some or all of the arguments already briefed by the United States in its motion for reconsideration.

9. The parties hereby request a second extension of time for the United States to respond to Plaintiffs' Second Amended Complaint until 14 days after the Court has ruled on the United States' Motion for Reconsideration. This extension will prevent the parties from

briefing overlapping issues involved in the United States' Motion for Reconsideration and a possible Motion to Dismiss filed by the United States in response to the Second Amended Complaint. The parties' requested extension is therefore appropriate to preserve the Court's and the parties' limited resources.

WHEREFORE, the parties hereby request that the deadline for the United States to respond to Plaintiffs' Second Amended Complaint be extended until 14 days after the Court has ruled on the United States Motion for Reconsideration. (Dkt. 23).

Dated: December 13, 2021.

                    Respectfully submitted,

                    DAVID A. HUBBERT
                    Deputy Assistant Attorney General

                    */s/ Isaac M. Hoenig .*
                    ISAAC M. HOENIG, New York Bar
                    Trial Attorneys, Tax Division
                    U.S. Department of Justice

                    PHILLIP A. TALBERT
                    Acting United States Attorney
                    *Of Counsel*

                    Attorneys for the United States of America

                    */s/ Tim Kelly .*
                    Timothy E. Kelly, Esq
                    7801 North Pershing Avenue
                    Stockton, CA 95207
                    tim@timkelly.com

                    Attorney for Plaintiffs

SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME

1  IT IS SO ORDERED

2

3  DATED: December 13, 2021

_____
Troy L. Nunley
United States District Judge